IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALMA YORK,

**Plaintiff,**

v.

MERCK & CO., INC., also
d/b/a MERCK, SHARP AND DOHME
and d/b/a MSD SHARP & DOHME
GmbH,

**Defendant.**                                                  No. 06-CV-0876-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Merck's Nove,ber 7, 2006 motion to stay all proceedings (Doc. 4). Specifically, Merck moves the Court to stay this action pending its likely transfer to *In re Vioxx Products Liab. Litig.*, **(MDL) No. 1657**. As of this date, Plaintiff has not responded to the motion. Pursuant to **LOCAL RULE 7.1(g)**, the Court considers this failure an admission of the merits of the motion.[1] Thus, the Court **GRANTS** Merck's motion to stay (Doc. 5). The Court **STAYS** this matter pending its transfer to the MDL.

**IT IS SO ORDERED.**

Signed this 27th day of November, 2006.

/s/        David   RHerndon
**United States District Judge**

---

[1] "A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response. Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion." **LOCAL RULE 7.1(g)**.